## 30774. JILES *v.* THE STATE.

MacIntyre, J. The motion for a new trial contained only the general grounds. The record discloses that the evidence for the State, if credi-

ble, was sufficient to support the verdict. The jury being the judges of the weight of the evidence, this court can not disturb the judgment refusing a new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED MARCH 16, 1945.

*Willis Smith,* for plaintiff in error.
*Earl Staples, solicitor,* contra.